UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

ROBERT LOUIS DICKINSON, SR., )
)
    Plaintiff, )
)
v. ) Case No. CV416-114
)
WILLIE ALBERT MILLER, )
)
    Defendant. )

## REPORT AND RECOMMENDATION

After preliminarily reviewing Robert Dickinson's initial complaint and *in forma pauperis* (IFP) application, the Court ordered him to replead and provide additional financial information. Doc. 3. He has since paid the full filing fee, but he failed to amend his Complaint as ordered.[1]

Consequently, his Complaint should be **DISMISSED WITHOUT PREJUDICE** for failure to follow a Court order. *See* doc. 3 at 2-3, 7

---

[1] The Complaint, submitted on a preprinted form, contains no "statement of claim." In the "relief" section, Dickinson states: "I am asking for the full payment of my trees that was cut of[f] my property [illegible]. Also I am asking for proof of what my trees was sold for. I was told that the trees brought the total of $21,000." Doc. 1 at 5. The Court directed him to supply basic who, what, where, when facts. Doc. 3 at 2-3. He has failed to comply.

(Order warning that failure to comply with the IFP or amendment directives "will result in a dismissal recommendation"); L.R. 41(b); *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir.1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

**SO REPORTED AND RECOMMENDED,** this  28th   day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA